**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

OMAR D.,

Petitioner,

v.

TODD BLANCHE, *Acting Attorney General*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and

ERIC TOLLEFSON, *Sheriff of Kandiyohi County Jail*,

Respondents.

Civil No. 26-3300 (JRT/ECW)

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

---

On September 3, 2026, Respondents informed the Court that Petitioner was removed from the United States to Bosnia and Herzegovina on August 31, 2026, and is no longer in Respondents' custody. (Docket No. 19.) Accordingly, Petitioner's Petition for Writ of Habeas Corpus is now moot.

Therefore, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Victor Omar D.'s Petition for Writ of Habeas Corpus (Docket No. [1]) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 14, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge